C-13-16(FTP)
(Rev. 6/04)

# UNITED STATED BANKRUPTCY COURT
# MIDDLE DISTRICT OF NORTH CAROLINA
# DURHAM DIVISION

IN THE MATTER OF:            )            No. B-05-80469  C-13D
Terry A. Rogers              )
Lisa P. Rogers               )            ORDER
                             )
    Debtor(s)            )

    On December 3, 2009, a hearing was held on the Standing Trustee's Motion for dismissal of this case. At the hearing, the Trustee requested that the Motion be denied; therefore, it is

    ORDERED that the Motion of the Standing Trustee for dismissal of this case is denied.

## PARTIES IN INTEREST
## Page 1 of 1
## 05-80469 C-13D

Terry A. Rogers
Lisa P. Rogers
129 Friendship Crossing
Roxboro, NC 27574

John T. Orcutt, Esq.
6616-203 Six Forks Rd.
Raleigh, NC 27615

Richard M. Hutson, II
Standing Trustee
PO Box 3613
Durham, NC 27702